COM.

v.

**RAWLINGS, J.**

**1916 EDA 2015**

Superior Court of Pennsylvania.

4/20/2017

CP–51–CR–0000731–2011 (Philadelphia)

Affirmed

COM.

v.

**BANKS, R.**

**2739 EDA 2015**

Superior Court of Pennsylvania.

04/20/2017

CP–51–CR–0014267–2011 (Philadelphia)

Affirmed

**MCDERMOTT, S.**

v.

**CONSOLIDATED RAIL CORP.**

**284 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

June Term, 2014 No. 000025 (Philadelphia)

Affirmed

COM.

v.

**VAZQUEZ, N.**

**640 EDA 2016**

Superior Court of Pennsylvania.

04/20/2017

CP–51–CR–0009675–2010 (Philadelphia)

Affirmed